UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

STEVEN D. DREYER and
ROBERTA M. DREYER,

                          Plaintiffs,

    v.                                            DECISION AND ORDER
                                                            98-CV-0082A

RYDER AUTOMOTIVE CARRIER
GROUP, INC., RYDER AUTOMOTIVE
OPERATIONS, INC. d/b/a DELAVAN,
DELAVAN INDUSTRIES, INC.,
RYDER SYSTEM, INC. and RYDER
AUTOMOTIVE CARRIER SERVICES, INC.

                          Defendants.

---

          On Tuesday, May 3, 2005, the jury in this matter returned a verdict in favor of defendants Ryder System, Inc., and Ryder Automotive Carrier Services, Inc., and in favor of the plaintiffs against defendants Ryder Automotive Carrier Group, Ryder Automotive Operations, Inc. d/b/a Delavan and Delavan Industries, Inc.  The jury awarded damages to the plaintiffs, including awards for future pain and suffering and impairment of earning ability.   In personal injury actions decided under New York law, judgments for future damages in excess of $250,000 must be structured pursuant to Article 50-B of the New York Civil Practice Law and Rules (" Article 50-B"), N. Y. C.P.L.R. § 5041.

On or before June 3, 2005, plaintiffs shall file with the Court a proposed judgment in compliance with Article 50-B, together with a memorandum of law supporting the basis for the proposed judgment. Defendants' objections to plaintiffs' proposed judgment, if any, shall be filed on or before June 15, 2005, together with a memorandum of law. The parties will be notified if the Court requires oral argument.

IT IS SO ORDERED.

/s/ Richard J. Arcara
_____
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: May 12        , 2005